■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO GONZALES, Appellant.—Appeal by the defendant

from a judgment of the Supreme Court, Kings County (Fisher, J.), rendered June 17, 1986, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]). Bracken, J. P., Rubin, Sullivan and Balletta, JJ., concur.